■ (A) DOLORES CONROY, Respondent, v. EDWARD W. CONROY, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD HICKS, Appellant.— [In each action] On call of the calendar, there being no appearance by appellant and no record having been filed, on the court's own motion the appeal is dismissed, without costs. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ (A) RICHARD YOUNG et al., Respondents, v. LOUIS H. FIGMAN, Appellant.— (B) DOROTHEA J. PALMER, Formerly Known as DOROTHEA J. WARD, Individually and as Administratrix of the Estate of SOPHIA L. WARD, Deceased, et al., Appellants, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— [In each action] On call of the calendar, there being no appearance by appellant[s] and no record having been filed, respondent's oral motion to dismiss the appeal is granted, without costs; appeal dismissed. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ JOHN KEARNS, Appellant, v. FRANK VIGNOLA, Respondent.— On call of the calendar, there being no appearance by appellant and no record having been filed, respondent's oral motion to dismiss the appeal is granted, without costs; appeal dismissed. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ JOSEPH U. FIORE, Appellant, v. PASQUALE AMORUSO et al., Respondents, and FRANK FERRINO et al., Intervening Defendants-Respondents.— Motion by intervening defendants-respondents to dismiss appeal denied, on condition that appellant argue or submit the appeal at the January Term, beginning January 3, 1961. The appeal is ordered on the calendar for said term. The appellant's brief must be served and filed on or before December 9, 1960. Motion by appellant to dispense with printing denied. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ In the Matter of GEM CREDIT CORPORATION, Respondent, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.— Motion by appellant to enlarge time to perfect its appeal granted by default; time enlarged to the January 1961 Term, commencing January 3, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before December 9, 1960. The record should be promptly certified, or stipulated by the respective attorneys, or sworn to by one of appellant's attorneys, as prescribed by rule and statute (Rules Civ. Prac., rule 234; Civ. Prac. Act. § 616, § 170, § 170-a). Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ NEW YORK WATER SERVICE CORP., Respondent, v. PALISADES INTERSTATE PARK COMMISSION, Appellant.— On call of calendar, oral motion of Incorporated Village of West Haverstraw to file and serve a typed brief as *amicus curiae* granted. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN F. CERVINO, Appellant.— Motion by respondent to dismiss appeal for lack of prosecution, granted by default; appeal dismissed. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. ANTHONY RECENELLO, Defendant.— Motion by defendant to dispense with printing and for other relief, denied. It is conceded by defendant that no notice of appeal was filed or served as required by statute. Nolan P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.